with ten dollars costs and disbursements, and motion granted on the opinion of MARTIN, J., in *Matter of Second Russian Ins. Co.*, herewith handed down. [*Ante,* p. 92.] Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Finch and O'Malley, JJ., dissent.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the NORTHERN INSURANCE COMPANY OF MOSCOW, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public.— Order reversed, with ten dollars costs and disbursements, and motion granted, on the opinion of Martin, J., in *Matter of Second Russian Ins. Co.*, herewith handed down. [*Ante,* p. 92.] Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FIDELIA S. LOSCH, as Administratrix, etc., of GEORGE BOOTH ONGLEY (GEORGE BYRON ONGLEY), Deceased, Respondent, v. MAX MARCIN and AL. H. WOODS, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CAROLINE GROCSKA, Respondent, v. MARY MAHNKEN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RALPH MARINO, Appellant, v. ESTATE OF JOHN CASTREE, INC., Respondent, and PALMER & PIERCE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ARTHUR GAITA, Doing Business, etc., Respondent, v. WINDSOR BANK, Appellant.*— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THEODORE SKULSKY, Respondent, v. P. R. TULLY PLUMBING CO., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN V. DINAN CO., INC., Appellant, v. DOROTHY M. SLATER, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [132 Misc. 454.]

JOHN V. DINAN CO., INC., v. DOROTHY M. SLATER.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE L. WHITAKER and Another, Copartners, etc., Appellants, v. EQUITABLE LAUNDRY MACHINERY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATIONAL SURETY COMPANY, Respondent, v. HUDSON PAINTING AND DECORATING COMPANY, Appellant.— Judgment and order reversed, with costs and motion denied, with ten dollars costs, on the ground that there is an issue of fact to be tried. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE E. FAHYS, SR., Respondent, v. THOMAS B. CREWS, JR., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT WHITMAN,

* Revd., 251 N. Y. 152.